**DENIED and Opinion Filed January 24, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-01165-CV

## IN RE SHAWN OLALI, Relator

**Original Proceeding from the Collin County Probate
Collin County, Texas
Trial Court Cause No. MH-2116-231**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Carlyle

Before the Court is relator's November 20, 2023 petition for writ of mandamus. In his petition, relator contends that the trial court failed to accept for filing his notice of appeal from a temporary inpatient mental health services commitment order.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator bears the burden of providing the Court with a record sufficient

to show he is entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding); *see also* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1).

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 52.1, 52.2, 52.3(a), 52.3(d), 52.3(g)–(h), 52.3(j)–(k), 52.7(a). For instance, a petition seeking mandamus relief must include a certification stating that the relator "has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record." TEX. R. APP. P. 52.3(j). Relator's petition lacks this required certification. Additionally, rule 52.3(k)(1)(A) requires a relator to file an appendix with his petition that contains "a certified or sworn copy of any order complained of, or any other document showing the matter complained of." TEX. R. APP. P. 52.3(k)(1)(A). Rule 52.7(a)(1) requires the relator to file with his petition "a certified or sworn copy of every document that is material to the relator's claim for relief that was filed in any underlying proceeding." TEX. R. APP. P. 52.7(a)(1). The documents included with relator's petition are not certified or sworn copies. They are also incomplete in relation to the documents material to his claim for relief.

Accordingly, we deny relator's petition for writ of mandamus.

231165f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE